NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California  94301
Telephone:     (650) 463-4000
Facsimile:      (650) 463-4199
norman.blears@hoganlovells.com
michael.charlson@hoganlovells.com

BENJAMIN T. DIGGS (Bar No. 245904)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499
benjamin.diggs@hoganlovells.com

Attorneys for Nominal Defendant
VIVUS, INC. and for Defendants
MARK B. LOGAN; LELAND F. WILSON;
LINDA M. DAIRIKI SHORTLIFFE, M.D.;
PETER Y. TAM, and CHARLES J. CASAMENTO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELEANOR TURBERG, Derivatively on Behalf of Nominal Defendant VIVUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK B. LOGAN, LELAND F. WILSON, LINDA M. DAIRIKI SHORTLIFFE, M.D., PETER Y. TAM, and CHARLES J. CASAMENTO <br><br> Defendants, <br><br> -and- <br><br> VIVUS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No.  4:10-cv-05271 PJH <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE CASE SCHEDULE** <br><br><br> Judge: Honorable Phyllis J. Hamilton <br> Courtroom: 3, 3rd Floor <br> Date Action Filed: November 19, 2010 |

Plaintiff Eleanor Turberg ("Plaintiff") and Defendants Vivus, Inc., Leland F. Wilson, Mark B. Logan, Linda M. Dairiki Shortliffe, Peter Y. Tam, and Charles J. Casamento (collectively, the "Parties"), through their respective attorneys of record, herby stipulate to and seek the Court's approval of an order revising and continuing the case schedule:

**RECITALS**

WHEREAS, on November 19, 2010, Plaintiff filed her shareholder derivative action (the "Derivative Action") purportedly on behalf of Nominal Defendant VIVUS, Inc. ("VIVUS" or the "Company") in this Court, naming certain officers and directors of the Company as Defendants;

WHEREAS, also pending before this Court is a related case styled *Kovtun v. VIVUS, Inc., et al.,* Case No. 4:10-cv-04957 PJH, a purported securities class action originally filed November 2, 2010 against VIVUS and many of the same individuals named as defendants in the Derivative Action (the "Securities Action");

WHEREAS, the Securities Action and the Derivative Action also concern substantially the same events;

WHEREAS, the Court on January 12, 2011 issued a Related Case Order, in which it found the Securities Action and the Derivative Action (together, the "Related Actions") are related:

WHEREAS, the Court entered a stipulated order on February 7, 2011, that established a schedule for Plaintiff's filing of an amended complaint in this Derivative Action, and deferring Defendants' and Nominal Defendant's response to the amended complaint and staying discovery until after the Court resolved a then-anticipated motion to dismiss the Securities Action;

WHEREAS, on June 3, 2011, Plaintiff filed her Verified Amended Shareholder Derivative Complaint (the "Amended Complaint"), which is the operative pleading in the Derivative Action;

WHEREAS, Defendants and Nominal Defendant in this Derivative Action believe they have legal challenges to Plaintiff's standing to assert her purported derivative claims;

WHEREAS, defendants in the Securities Action filed a motion to dismiss the complaint in the Securities Action, which motion was heard by the Court on October 12, 2011;

1  WHEREAS, by order entered October 13, 2011, the Court granted defendants' motion to
2  dismiss the complaint in the Securities Action with 28 days leave to amend;

3  WHEREAS, plaintiff in the Securities Action filed his Second Amended Complaint on
4  November 9, 2011 (the "Second Amended Complaint"); and defendants in the Securities Action
5  anticipate bringing a further motion to dismiss that Second Amended Complaint;

6  WHEREAS, the Parties have met and conferred and believe that the new allegations in the
7  Second Amended Complaint in the Securities Action may well affect the allegations that Plaintiff
8  wishes to put forward in this Derivative Action;

9  WHEREAS, the Parties believe that the interests of conserving judicial resources and
10 maximizing the coordination and efficient resolution of the Related Actions will be served by
11 continuing the schedule and extending the stay of proceedings in place by virtue of the Court's
12 February 7, 2011 stipulated order until after the anticipated motions to dismiss the Second
13 Amended Complaint in the Securities Action are resolved;

14 WHEREAS, three now-consolidated purported shareholder derivative actions concerning
15 the same parties and substantially the same events are pending in the Superior Court of
16 California, County of Santa Clara, in a consolidated proceeding styled *In re VIVUS, Inc.*
17 *Derivative Litigation,* Master File No. 11 0 CV 188439, with the initial case filed November 24,
18 2010 (the "State Derivative Action"); and

19 WHEREAS, the parties to the State Derivative Action have agreed upon a stipulation
20 continuing the schedule in the State Derivative Action in a manner consistent with the schedule
21 provided for in this Stipulation and [Proposed] Order:

22 **STIPULATION**

23 IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel,
24 subject to approval of this Court, that:

25   1. Defendants and Nominal Defendant shall not be required to answer, move or
26 otherwise respond to the Amended Complaint;

27   2. Plaintiff shall have 45 days after the entry of an Order by this Court ruling
28

on defendants' anticipated motion to dismiss plaintiff's Second Amended Complaint in the Securities Action to either file and serve a first amended complaint (the "First Amended Complaint") or to inform Defendants and Nominal Defendant in writing that she is not going to do so;

3. Following either the filing of a First Amended Complaint, or Plaintiffs' written notice that no such First Amended Complaint will be filed, Defendants and/or Nominal Defendant shall have 60 days to answer, move, or otherwise respond to the First Amended Complaint (or the Amended Complaint in the event that a First Amended Complaint is not filed) in the Derivative Action. In the event that Defendants and/or Nominal Defendant files and serves any motions with respect to the First Amended Complaint, Plaintiff shall have 60 days to oppose such motions. Defendants and/or Nominal Defendants shall have 45 days to reply to any such oppositions. The hearing on any such motion will be set on the first available date on the Court's calendar two weeks or more after the deadline by which the reply must be filed and served.

4. In the event Nominal Defendant files a motion challenging Plaintiff's standing to prosecute the Derivative Action, other defense motions (including without limitation motions under Fed. R. Civ. P. 12) directed to the First Amended Complaint (or the Amended Complaint in the event that a First Amended Complaint is not filed) may be deferred without prejudice until after the Court resolves any motion concerning Plaintiff's standing.

Dated: November 16, 2011         HOGAN LOVELLS US LLP

                                 By:      /s/
                                       Michael L. Charlson

                                 HOGAN LOVELLS US LLP
                                 Norman J. Blears (Bar No. 95600)
                                 Michael L. Charlson (Bar No. 122125)
                                 525 University Avenue, 4th Floor
                                 Palo Alto, California 94301
                                 Telephone:   (650) 463-4000
                                 Facsimile:   (650) 463-4199
                                 norman.blears@hoganlovells.com
                                 michael.charlson@hoganlovells.com

```
                                    -and-

                                    HOGAN LOVELLS US LLP
                                    Benjamin T. Diggs (Bar No. 245904)
                                    4 Embarcadero Center, 22nd floor
                                    San Francisco, California 94111
                                    benjamin.diggs@hoganlovells.com

                                    Attorneys for Nominal Defendant
                                    VIVUS, Inc. and for Defendants


Dated: November 16, 2011            FARUQI & FARUQI, LLP

                            By:         /s/
                                    Vahn Alexander

                                    FARUQI & FARUQI, LLP
                                    Vahn Alexander (Bar No. 167373)
                                    1901 Avenue of the Stars, 2nd Floor
                                    Los Angeles, CA 90067
                                    Telephone:    (310) 461-1426
                                    Facsimile:    (310) 461-1427
                                    valexander@faruqilaw.com

                                    -and-

                                    FARUQI & FARUQI, LLP
                                    Nadeem Faruqi
                                    Beth A. Keller
                                    369 Lexington Avenue, 10th floor
                                    nfaruqi@faruqilaw.com
                                    bkeller@faruqilaw.com

                                    Attorneys for Plaintiff
```

## **ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED

Dated: __November 17__, 2011      _____
                                   Honorable Phyllis J. Hamilton
                                   United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

1  I, Michael L. Charlson, attest that Vahn Alexander has read and approved the
2  STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE SCHEDULE and consents to its filing in this action.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28