**FARUQI & FARUQI, LLP**
David E. Bower (Bar No. 119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone:     (424) 256-2884
Facsimile:     (424) 256-2885
dbower@faruqilaw.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
nfaruqi@faruqilaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELEANOR TURBERG, Derivatively on Behalf of Nominal Defendant VIVUS, INC., <br><br>Plaintiff, <br><br>v. <br><br>MARK B. LOGAN, LELAND F. WILSON, LINDA M. DAIRIKI SHORTLIFFE, M.D., PETER Y. TAM, and CHARLES J. CASAMENTO <br><br>Defendants, <br><br>-and- <br><br>VIVUS, INC., a Delaware Corporation, <br><br>Nominal Defendant. | Case No.  4:10-cv-05271 PJH <br><br>**PLAINTIFF ELEANOR TURBERG'S NOTICE OF VOLUNTARY DISMISSAL OF VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT WITHOUT PREJUDICE** <br><br>Judge: Honorable Phyllis J. Hamilton <br>Courtroom: 3, 3rd Floor <br>Date Action Filed: November 19, 2010 |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure* ("FRCP"), Defendants having not answered the Complaint or filed a motion for summary judgment, Plaintiff Eleanor Turberg ("Plaintiff"), through her respective counsel of record, hereby gives notice of voluntary dismissal without prejudice of the above-entitled action and all her verified shareholder derivative claims, subject to FRCP 23.1(c). Plaintiff further submits that no notice to shareholders is required under FRCP 23.1(c) because neither Plaintiff nor Plaintiff's counsel has received or will receive any compensation for this dismissal. Moreover, a related shareholder action filed in this Court styled as *Kovtun v. VIVUS, Inc.*, et al., Case No. 4:10-cv-04957 PJH, concerning substantially similar facts was dismissed by this Court and affirmed on appeal (ECF No. 68). In addition, consolidated shareholder derivative actions concerning the same defendant and nominal defendant parties alleging substantially the same events as Plaintiff alleges in this action were pending in the Superior Court of California, County of Santa Clara in a consolidated proceeding styled as In re VIVUS, Inc. Derivative Litigation, Master File No. 1-10-CV-188439, and on May 13, 2015 Plaintiffs submitted a Request for Voluntary Dismissal Without Prejudice.

Dated: June 12, 2015

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:   /s/ David E. Bower

David E. Bower (Bar No. 119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone:   (424) 256-2884
Facsimile:   (424) 256-2885

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone:  (212) 983-9330
Facsimile:  (212) 983-9331
nfaruqi@faruqilaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that as of this date I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:  June 12, 2015                                            /s/ David E. Bower
                                                                               David E. Bower

PLAINTIFF ELEANOR TURBERG'S NOTICE OF VOLUNTARY DISMISSAL;
CASE NO. 10-cv-05271-PJH